IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUVA Kapitalverwaltungsgesellschaft mbH, | § § § § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 4:15-CV-02744 |
| v. | | |
| Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Oil Tools, Inc., | | |
| Defendants. | | |

## JOINT STIPULATION TO EXTEND TIME
## TO RESPOND TO DEFENDANTS' MOTION TO STAY

On November 12, 2015, Defendants filed under seal a Motion To Stay Pending Arbitration And To Suspend Time To Answer or Otherwise Respond (ECF No. 16). Plaintiff TRIUVA requested pursuant to Rule 5C of the Court's Procedures a four (4) day extension of time to respond to Defendants' motion. Defendants have agreed to accommodate TRIUVA's request as a professional courtesy.

ALL PARTIES HEREBY STIPULATE AND AGREE that TRIUVA's deadline to respond to Defendants' motion shall be extended by four (4) days so that the deadline to respond to the motion to stay is **December 7, 2015**.

1

Dated: December 3, 2015

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

/s/ Mark Holscher
Mark Holscher (attorney-in-charge)
Southern District Bar No. 547767

Of counsel:
Jonathan M. Weiss
Jonathan J. Faria
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel:    (213) 680-8400
Fax:    (213) 680-8500

Patricia Hair
**PHELPS DUNBAR LLP**
500 Dallas Street, Suite 1300
Houston, TX 77002
Tel: (713) 626-1386
Fax: (713) 626-1388

Counsel for Plaintiff

**BRACEWELL & GIULIANA LLP**

/s/ Andrew W. Zeve
J. Clifford Gunter III
Texas State Bar No. 08627000
Federal Bar No. 533
Stephen B. Crain
Texas State Bar No. 04994580
Federal Bar No. 12499
Andrew W. Zeve
Texas State Bar No. 24042209
Federal Bar No. 570754
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile
Email: cliff.gunter@bgllp.com
Email: stephen.crain@bgllp.com
Email: andrew.zeve@bgllp.com

and

        David W. Ogden (pro hac vice)
        D.C. State Bar No. 375951
        Federal Bar No. 375951
        John A. Trenor (pro hac vice)
        D.C. State Bar No. 448841
        Charles C. Speth (pro hac vice)
        D.C. State Bar No. 979809
        Federal Bar No. 979809

        Counsel for Defendants

I hereby attest that all signatories listed above, on whose behalf this filing is submitted, concur in content of this filing and have authorized it.

        **KIRKLAND & ELLIS LLP**

        <u>/s/ Mark Holscher</u>
        Mark Holscher (attorney-in-charge)
        Southern District Bar No. 547767

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record listed below by e-file on December 3, 2015.

| | |
|---|---|
| J. Clifford Gunter III<br>Stephen B. Crain<br>Andrew W. Zeve<br>Bracewell & Giuliana<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002 | David W. Ogden<br>Wilmer, Cutler, Pickering, Hale & Dorr<br>1875 Pennsylvania Ave. N.W.<br>Washington, DC  20006 |

        <u>/s/ Patricia Hair</u>
        Patricia Hair