# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUVA Kapitalverwaltungsgesellschaft mbH, | § § § § | |
| | § | CIVIL ACTION NO. 4:15-CV-02744 |
| Plaintiff, | § § § | |
| v. | § § | |
| Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Oil Tools, Inc., | § § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY PENDING ARBITRATION AND TO SUSPEND TIME TO ANSWER OR OTHERWISE RESPOND

On this day, the Court considered the Motion to Stay Pending Arbitration and to Suspend Time to Answer or Otherwise Respond filed by Defendants Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Incorporated d/b/a Baker Oil Tools (the "Motion"). Having considered Defendants' Motion, and other documents in support of and in opposition to the Motion, being fully advised in the matter, the Court finds that Defendants' Motion should be **DENIED**.

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Hon. Lynn N. Hughes
United States District Judge