## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUVA Kapitalverwaltungsgesellschaft mbH, | § § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 4:15-CV-02744 |
| v. | § § | |
| Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Oil Tools, Inc., | § § § § | |
| Defendants. | § | |

## PLAINTIFF TRIUVA KAPITALVERWALTUNGSGESELLSCHAFT MBH'S AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff TRIUVA

Kapitalverwaltungsgesellschaft mbH ("TRIUVA") states that its parent corporations are IVG

Funds Holding GmbH and DB Value S.a.r.l., Luxemburg.  No publicly held corporation owns

10% or more of TRIUVA's stock.

Dated:  December 7, 2015                    Respectfully submitted,

                                           **KIRKLAND & ELLIS LLP**

                                           /s/ Mark Holscher
                                           Mark Holscher (attorney-in-charge)
                                           Federal Bar No. 547767
                                           Of counsel:
                                           Jonathan M. Weiss
                                           Federal Bar No. 2705403
                                           Jonathan J. Faria
                                           Federal Bar No. 2705438
                                           333 South Hope Street, Suite 2900
                                           Los Angeles, CA  90071
                                           Tel:     (213) 680-8400
                                           Fax:     (213) 680-8500
                                           E-mail:  mark.holscher@kirkland.com
                                           E-mail:  jonathan.weiss@kirkland.com
                                           E-mail:  jonathan.faria@kirkland.com

                                           **PHELPS DUNBAR LLP**
                                           Patricia Hair
                                           Federal Bar No. 2960
                                           500 Dallas Street, Suite 1300
                                           Houston, TX 77002
                                           Tel:     (713) 626-1386
                                           Fax:     (713) 626-1388
                                           E-mail:  patricia.hair@phelps.com

                                           Counsel for Plaintiff


## CERTIFICATE OF SERVICE

         I hereby certify that a true and correct copy of the foregoing document has been
forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal
Rules of Civil Procedure on the 7th Day of December, 2015.

                                           /s/ Mark Holscher
                                           Mark Holscher