

# PHELPS DUNBAR LLP

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

PATRICIA HAIR
Board Certified - Civil Trial Law
Texas Board of Legal Specialization
(713) 877-5542
hairp@phelps.com

February 9, 2016

32379-1

Fred Warner
Federal Court Reporter
515 Rusk
Houston, Texas 77002

*Via E-file*

Re:   No. 4:15-cv-02744; *TRIUVA Kapitalverwaltungsgesellschaft mbH, v. Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Oil Tools, Inc.;* In the United States District Court for the Southern District of Texas

Dear Mr. Warner:

Please prepare a transcript of the December 14, 2015 hearing before Judge Hughes regarding the above-referenced matter.

In accordance with the phone conversation between you and my secretary, your fee for this service is $300.00, which we will forward to you separately. We would appreciate receiving the transcript within the next two weeks.

Thank you for your assistance, and if you have any questions, please give us a call.

Very truly yours,

PHELPS DUNBAR LLP

Patricia Hair

PH/rc

---

COUNSELORS AT LAW

500 Dallas Street, Suite 1300 | Houston, Texas 77002 | 713-626-1386 | 713-626-1388 Fax | phelpsdunbar.com

PD.18886653.1