# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TRIUVA Kapitalverwaltungsgesellschaft mbH,** § § § | |
| **v.** § | **CIVIL ACTION NO. 4:15-CV-2744** |
| § | |
| **Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Oil Tools, Inc.** § § § | |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2015 Order (Dkt. No. 36) TRIUVA Kapitalverwaltungsgesellschaft mbH, Baker Hughes Incorporated and Baker Hughes Oilfield Operations, Inc. file this Joint Status Report.

The German arbitration is proceeding according to schedule. The parties in the arbitration have completed their opening written submissions and have exchanged document production. The second round of written submissions will be completed on October 28, 2016. A pre-hearing conference is scheduled for December 1, 2016, and the arbitration hearing will take place from January 16-23, 2017. Deadlines for post-hearing briefing, which is customary but not mandatory, and statements of cost have not been set.

TRIUVA contends that in the discovery phase of the arbitration, Baker Hughes (Deutschland) GmbH took the position that it is not willing or able to provide any documents in the possession of Baker Hughes Incorporated, including documents that TRIUVA has identified as key documents in this case. Baker Hughes (Deutschland) GmbH has failed to produce such documents notwithstanding document requests in the arbitration seeking their production. Baker Hughes contends that this assertion is neither accurate nor relevant to this status report.

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Mark Holscher*
Mark Holscher (attorney-in-charge)
Federal Bar No. 547767
Of counsel:
Jonathan M. Weiss
Federal Bar No. 2705403
Jonathan J. Faria
Federal Bar No. 2705438
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
E-mail: mark.holscher@kirkland.com
E-mail: jonathan.weiss@kirkland.com
E-mail: jonathan.faria@kirkland.com

PHELPS DUNBAR LLP
*/s/ Patricia Hair*
Patricia Hair
Federal Bar No. 2960
500 Dallas Street, Suite 1300
Houston, TX 77002
Tel: (713) 626-1386
Fax: (713) 626-1388
E-mail: patricia.hair@phelps.com

**ATTORNEYS FOR PLAINTIFF**


By: */s/ J. Clifford Gunter III*
    J. Clifford Gunter III
    Texas State Bar No. 08627000
    Federal Bar No. 533
    Stephen B. Crain
    Texas State Bar No. 04994580
    Federal Bar No. 12499
    Andrew W. Zeve
    Texas State Bar No. 24042209
    Federal Bar No. 570754

BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile
Email: cliff.gunter@bgllp.com
Email: stephen.crain@bgllp.com
Email: andrew.zeve@bgllp.com

and

David W. Ogden (pro hac vice)
D.C. State Bar No. 375951
Federal Bar No. 375951
John A. Trenor (pro hac vice)
D.C. State Bar No. 448841
Charles C. Speth (pro hac vice)
D.C. State Bar No. 979809
Federal Bar No. 979809
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
(202) 663-6000 – Telephone
(202) 663-6363 – Facsimile
Email: david.ogden@wilmerhale.com
Email: john.trenor@wilmerhale.com
Email: charles.speth@wilmerhale.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the 14th day of June, 2016.

              */s/Patricia Hair*
              Patricia Hair