UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Triuva Kapitalverwaltungsgesellschaft mbH, § § Plaintiff, § § versus § § Baker Hughes, Inc., *et al.*, § § Defendants. § | Civil Action H-15-2744 |

## Order to Report

By August 29, 2016, the parties must jointly update the court on their status.

Signed on June 27, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge