**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRIUVA Kapitalverwaltungsgesellschaft mbH, | § § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 4:15-CV-02744 |
| v. | § § | |
| Baker Hughes, Inc. and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Oil Tools, Inc., | § § § § | |
| Defendants. | § § | |

---

**SECOND JOINT STATUS REPORT**

---

Pursuant to the Court's June 27, 2016 Order (Dkt. No. 40), TRIUVA Kapitalverwaltungsgesellschaft mbH ("TRIUVA"), Baker Hughes Incorporated and Baker Hughes Oilfield Operations, Inc. (collectively, "Baker Hughes") file this Second Joint Status Report.

The German arbitration remains on the schedule noted in the parties' initial Joint Status Report of June 14, 2016. The parties in the arbitration have completed their opening written submissions and have exchanged document productions. The second round of written submissions will be completed on October 28, 2016. The Claimant in the German arbitration has already submitted its second substantial brief and it is now for the Respondent in the arbitration to reply to this brief by October 28, 2016. A pre-hearing conference is scheduled for December 1, 2016, and the arbitration hearing will take place from January 16-23, 2017. Deadlines for

post-hearing briefing, which is customary but not mandatory, and statements of cost have not been set.

On December 15, 2015, the Court ordered a discretionary stay in this matter in favor of a pending German arbitration between distinct but related parties on the grounds that "the arbitration may illuminate the claims between these parties."  (Dkt. No. 36 (Order) at 1.)  Since that time, the defendant in the arbitration—non-party Baker Hughes Germany—has refused to produce documents that TRIUVA contends are basic and critical to a determination of the issues in this action.  In particular, Baker Hughes Germany has refused to provide any documents in the possession of the defendant in this action, Baker Hughes Inc., including documents that TRIUVA has identified as key documents in this case, notwithstanding document requests in the arbitration seeking their production.  At the time of Baker Hughes' original stay motion in this case, discovery in the German arbitration had not yet begun.  Discovery in the arbitration is now complete.

Dated:  August 29, 2016                        Respectfully submitted,

                                               **KIRKLAND & ELLIS LLP**

                                               */s/ Mark Holscher*
                                               Mark Holscher (attorney-in-charge)
                                               Federal Bar No. 547767
                                               Of counsel:
                                               Jonathan M. Weiss
                                               Federal Bar No. 2705403
                                               Jonathan J. Faria
                                               Federal Bar No. 2705438
                                               333 South Hope Street, Suite 2900
                                               Los Angeles, CA  90071
                                               Tel:     (213) 680-8400
                                               Fax:     (213) 680-8500
                                               E-mail:  mark.holscher@kirkland.com
                                               E-mail:  jonathan.weiss@kirkland.com
                                               E-mail:  jonathan.faria@kirkland.com

**PHELPS DUNBAR LLP**

Patricia Hair
Federal Bar No. 2960
500 Dallas Street, Suite 1300
Houston, TX 77002
Tel:     (713) 626-1386
Fax:     (713) 626-1388
E-mail:  patricia.hair@phelps.com

Counsel for Plaintiff


**BRACEWELL & GIULIANI LLP**

*/s/ J. Clifford Gunter III*
J. Clifford Gunter III
J. Clifford Gunter III
Texas State Bar No. 08627000
Federal Bar No. 533
Stephen B. Crain
Texas State Bar No. 04994580
Federal Bar No. 12499
Andrew W. Zeve
Texas State Bar No. 24042209
711 Louisiana, Suite 2300
Houston, Texas 77002
Tel:     (713) 223-2300
Fax:     (713) 221-1212
333 South Hope Street, Suite 2900
Los Angeles, CA  90071
Tel:     (213) 680-8400
Fax:     (213) 680-8500
Email: cliff.gunter@bgllp.com
Email: stephen.crain@bgllp.com
Email: andrew.zeve@bgllp.com

and

**WILMER CUTLER PICKERING HALE AND DORR LLP**

David W. Ogden (pro hac vice)
D.C. State Bar No. 375951
Federal Bar No. 375951
John A. Trenor (pro hac vice)
D.C. State Bar No. 448841
Charles C. Speth (pro hac vice)
D.C. State Bar No. 979809
Federal Bar No. 979809
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel:     (202) 663-6000
Fax:     (202) 663-6363
Email:  david.ogden@wilmerhale.com
Email:  john.trenor@wilmerhale.com
Email:  charles.speth@wilmerhale.com

Counsel for Defendants

PD.19970375.1