| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Thomas Matthews | | 2. PHONE NUMBER<br>(212) 528-0777 | 3. DATE<br>3/24/2017 | |
| 4. MAILING ADDRESS<br>11 Park Place Suite 814 | | 5. CITY<br>New York | 6. STATE<br>NY | 7. ZIP CODE<br>10007 |
| 8. CASE NUMBER<br>4:15-CV-02744 | 9. JUDGE<br>Lynn N. Hughes | DATES OF PROCEEDINGS | | |
| | | 10. FROM 3/14/2017 | 11. TO 3/14/2017 | |
| 12. CASE NAME<br>TRIUVA Kapitalverwaltungsgesellschaft v. Baker Hughes | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Houston | 14. STATE Texas | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Pretrial Conference | 3/14/2017 |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [x] | | | |

United States District Court
Southern District of Texas
**FILED**
MAR 24 2017
David J. Bradley, Clerk of Court

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE /s/ Thomas J. Matthews

19. DATE
3/24/2017

ESTIMATE TOTAL: 0.00
PROCESSED BY:
PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY