UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

April 29, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| IVG Immobilien GmbH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-15-2744 |
| | § | |
| Baker Hughes, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

On the parties' joint stipulation, this case is dismissed with prejudice.

Signed on April 28, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge